UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                    ORDER

- against -                                 Criminal Docket
                                            No. CR-03-0854

JAIR SALAZAR,
                                            (Wexler, J.)
            Defendant.
------------------------------X

WHEREAS, the defendant Jair Salazar filed confessions of judgment to secure his bail in the amount of $225,000.00, against all right, title and interest in the premises and real property located at:

a.  19 McKinley Street, Brentwood, New York (the "McKinley Street property"); and

b.  444 Clement Avenue, Elmont, New York (the "Clement Avenue property").

WHEREAS, the Salazar failed to surrender, as required, on November 7, 2005.

WHEREAS, pursuant to an order dated December 16, 2005, the Court ordered, among other things:

a.  the entry of a judgment in the amount of $25,000.00 by Clerk of the Court for the Eastern District of New York;

b.  the forfeiture to the United States of all right, title and interest in the McKinley Street and the Clement Avenue properties, both owned by Jair Salazar; and

c.  the appointment of Ernest R. Wruck, Jr., Esq., as a receiver to sell the McKinley Street and Clement Avenue properties.

WHEREAS, Mr. Wruck sold the properties and issued a check in the amount of $120,066.35 to be applied to outstanding judgment against Salazar.

WHEREAS, a drafting error occurred in the preparation of the papers requesting forfeiture of the bail bond and, as shown by the confessions of judgment filed by Salazar, the

correct amount of the judgment entered against Salazar should have been $225,000, it is hereby

ORDERED that the judgment against Jair Salazar is hereby amended *nunc pro tunc* to $225,000, and

IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to enter judgment against Salazar, as principal, in the amount of $225,000.00 and that the judgment shall be considered as having been entered on December 16, 2005.

Dated: April 30, 2008

HONORABLE LEONARD D. WEXLER
United States District Judge